RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email:  Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES T. ROARY | ) | Case No.: CV-10-3663 CW |
|        Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
|   vs. | ) | PLAINTIFF'S TIME TO SUBMIT MOTION |
| | ) | FOR SUMMARY JUDGMENT OR |
| MICHAEL J. ASTRUE, | ) | REMAND. |
| | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
|       Defendant | ) | |

        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

approval of the Court, that Plaintiff may have an extension of 30 days in which to file Plaintiff's

Motion for Summary Judgment.  Pursuant to Civil L.R. 16-1(e). Plaintiff's Motion is now due on

February 25, 2011.

//

//

//

//

//

//

This is Plaintiff's first request.

DATED:    1/13/2011                    Richard Zieman /s/

                                       RICHARD ZIEMAN
                                       Attorney for Plaintiff




DATED:  1/18/2011                       Shea Bond /s/


                                       Shea Bond,
                                       Specialist Assistant U.S. Attorney




PURSUANT TO STIPULATION, IT IS SO ORDERED:




DATED:  1/20/2011

                                       Claudia Wilken
                                       United States District Judge